United States Bankruptcy Court
District of Oregon

In re:  Case No. 25-63104-tmr
Jonathan S Gray  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6 | User: Admin. | Page 1 of 1
Date Rcvd: Nov 05, 2025 | Form ID: OD2 | Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan S Gray, 4532 Park Ridge Drive, Medford, OR 97504-9141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Nov 05 2025 23:58:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Nov 06 2025 04:38:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Nov 05 2025 23:58:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Nov 05 2025 23:41:18 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| 102904220 | + | Email/Text: bkteam@selenefinance.com | Nov 05 2025 23:58:00 | Selene Finance, P.O. Box 8619, Philadelphia, PA 19101-8619 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025      Signature:     /s/Gustava Winters

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**November 5, 2025**

Clerk, U.S. Bankruptcy Court

*Thomas M Renn*

**U.S. Bankruptcy Judge**

**Below is an order of the Court.**

OD2 (10/1/21) dcm

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Jonathan S Gray,** xxx–xx–7256
Debtor(s)

)
)
)
)
)
)
)
)
)

Case No. **25–63104–tmr7**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

   **The debtor was barred from filing a petition in case 25–61420–tmr13.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

###